IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG DENNIS HOLBERT,<br><br>    Plaintiff,<br><br>v.<br><br>DR. FERDINAN ALVAREZ, et al.,<br><br>    Defendants. | No. C 15-01687 BLF (PR)<br><br>ORDER APPOINTING COUNSEL |

Plaintiff, a California state prisoner, proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983, alleging that doctors at San Quentin State Prison were deliberately indifferent to his serious medical needs. On March 16, 2016, the Court granted Plaintiff's motion for appointment of counsel and referred this matter to the Federal Pro Se Program to find counsel. (Docket No. 20.)

The Federal Pro Se Program has informed the Court that Laurie Mims and Grace Yang of Keker & Van Nest, located at 633 Battery Street, San Francisco, CA 94111, have agreed to serve as appointed pro bono counsel for Plaintiff. Thus, Laurie Mims and Grace Yang are hereby APPOINTED as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The scope of this

1  referral shall be for all purposes for the duration of the case.

2  The Clerk shall set this matter for a case management conference within 30 days of
3  the filing date of this order.

4  IT IS SO ORDERED.

6  DATED: April 11, 2016

BETH LABSON FREEMAN
United States District Judge

Order Appointing Counsel
C:\Users\HARWELLT\AppData\Local\Temp\notes8317B7\01687Holbert_appt-atty.wpd