UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG DENNIS HOLBERT,<br><br>   Plaintiff,<br><br>v.<br><br>FERDINAN ALVAREZ, et al.,<br><br>   Defendants. | Case No. 5:15-cv-01687-BLF<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 22 |

**IT IS HEREBY ORDERED** that, a Case Management Conference will be held in this case before the Honorable Beth Labson Freeman on April 28, 2016 at 11:00 A.M. in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, CA 95113.  This conference shall be attended by <u>lead</u> counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.

Dated: 04/12/2016

_____
BETH LABSON FREEMAN
United States District Judge