1  KEKER & VAN NEST LLP
   LAURIE CARR MIMS - # 241584
2  lmims@kvn.com
   GRACE Y. YANG - #286635
3  gyang@kvn.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:    415-391-5400
5  Facsimile:     415-397-7188

6  Attorneys for Plaintiff
   GREG DENNIS HOLBERT

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

| | |
|---|---|
| 11  GREG DENNIS HOLBERT, | Case No. C 15-01687 BLF (PR) |
| 12       Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR JOINT CASE MANAGEMENT STATEMENT** |
| 13       v. | |
| 14  DR. FERDINAN ALVAREZ, DR. DOREEN LEIGHTON, and DR. DENISE REYES, in their official and personal capacities, | Date Compl. Filed:    April 14, 2015. |
| 15 | |
| 16 | Trial Date:            None set. |
| 17       Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

1050187.01

1

**STIPULATION**

2

Pursuant to Northern District of California Civil Local Rule 7-12, counsel for Plaintiff

3
Greg Dennis Holbert and counsel for Defendants Ferdinan Alvarez, Dr. Doreen Leighton, and Dr.

4
Denise Reyes hereby stipulate to continue the case management conference from April 28, 2016,

5
at 11:00 A.M., to **May 5, 2016, at 11:00 A.M.**  The parties' counsel further stipulate to file the

6
joint case management statement by **April 28, 2016.**

7
The parties submit this stipulation because both of Plaintiff's attorneys will be out of the

8
state from April 25, 2016 through May 2, 2016.  The additional time will also give Plaintiff's

9
counsel the opportunity to meet with Plaintiff in person at the California Medical Facility hospice

10
center in Vacaville, California, where he currently resides.

11
In accordance with Civil Local Rule 5-1(i), Plaintiff's undersigned counsel, Grace Y.

12
Yang, hereby attests that Kyle Anthony Lewis, counsel for Defendants, concur in the filing of this

13
stipulation.

14

15
IT IS SO STIPULATED.

16

17
Dated:  April 18, 2016.                    KEKER & VAN NEST LLP

18
                                                    By:   /s/ Laurie Carr Mims

19
                                                          LAURIE CARR MIMS
                                                          GRACE Y. YANG

20
                                                          Attorneys for Plaintiff

21
                                                          GREG DENNIS HOLBERT

22

23

24

25

26

27

28

1050187.01

1    Dated:  April 18, 2016                          KAMALA D. HARRIS
                                                     Attorney General of California
2                                                    JAY M. GOLDMAN
                                                     Supervising Deputy Attorney General
3

4                                                    /s/ Kyle A. Lewis
                                                     KYLE A. LEWIS
5                                                    Deputy Attorney General
                                                     *Attorneys for Defendants*
6                                                    *F. Alvarez, D. Leighton and D. Reyes*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND DEADLINE FOR JOINT CASE MANAGEMENT STATEMENT
Case No. C 15-01687 BLF (PR)

1050187.01

1

## [~~PROPOSED~~] ORDER

2          PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:  Counsel for the parties

3   will appear for a case management conference before the Court on May 5, 2016, at 11:00 A.M.,

4   in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, California 95113.  The joint case

5   management statement shall be filed by April 28, 2016.

6

7

8   Dated:  April 18, 2016

                                                    _____
                                                    HON. BETH LABSON FREEMAN
9                                                   United States District Court
                                                    Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND DEADLINE FOR JOINT CASE MANAGEMENT STATEMENT
Case No. C 15-01687 BLF (PR)

1050187.01