UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GREG DENNIS HOLBERT, | |
|---|---|
| Plaintiff, | Case No. 5:15-cv-01687-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| FERDINAN ALVAREZ, et al., | |
| Defendants. | |

On 05/05/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Amended Complaint due | 05/13/2016 |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 08/18/2016 at 9:00 a.m. |
| Final Pretrial Conference | 08/18/2016 at 1:30 p.m. |
| Trial | 09/12/2016 at 9:00 a.m. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
6 proposed schedule to trial by 05/20/2016.
7    IT IS FURTHER ORDERED THAT this case is referred to a Magistrate Judge for
8 Settlement Discussions.  Written order referring case will be issued.

10  Dated:  05/05/2016

_____
BETH LABSON FREEMAN
United States District Judge