United States District Court
Northern District of California

1
2
3  **UNITED STATES DISTRICT COURT**
4  **NORTHERN DISTRICT OF CALIFORNIA**
5  **SAN JOSE DIVISION**
6

| | |
|---|---|
| GREG DENNIS HOLBERT,<br>　　　　Plaintiff,<br>　　v.<br>FERDINAN ALVAREZ, et al.,<br>　　　　Defendants. | Case No. 15-cv-01687-BLF<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE COUSINS FOR A SETTLEMENT CONFERENCE**<br><br>[Re: ECF 32] |

　　Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Nathanael M. Cousins for a settlement conference. The parties will be advised of the date, time and place of the settlement conference by notice from Magistrate Judge Cousins.

　　**IT IS SO ORDERED.**

Dated: May 13, 2016

_____
BETH LABSON FREEMAN
United States District Judge