# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

GREG DENNIS HOLBERT,

    Plaintiff,

v.

FERDINAN ALVAREZ, et al.,

    Defendants.

Case No. 15-cv-01687-BLF

**ORDER TERMINATING MOTION TO DISMISS**

[Re: ECF 42]

Pursuant to the stay, *see* ECF 51, the Court terminates Defendants' Motion to Dismiss at ECF 42 without prejudice and VACATES the hearing set for August 18, 2016. Defendants may refile the motion once the stay is lifted.

**IT IS SO ORDERED.**

Dated: July 1, 2016

                                                      _____
BETH LABSON FREEMAN
United States District Judge